UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAYNARD MUNROE,

                Plaintiffs,

-against-

SPECIALIZED LOAN SERVICING, LLC; THE BANK
OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF CWMBS, INC., CIL
MORTGAGE PASS-THROUGH TRUST 2005-04
MORTGAGE PASS THROUGH CERTIFCATES
SERIES 2005-04,

                Defendants

NOTICE OF CROSS-MOTION
FOR SUMMARY JUDGMENT

Case No.: 14-cv-1883
(JB)(MKB)

      Defendants, Specialized Loan Servicing LLC and The Bank of New York as Trustee for the Certificateholders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-04, Mortgage Pass Through Certificates, Series 2005-04 ("Defendants"), hereby move this Court for (a) an Order pursuant to Federal Rule of Civil Procedure Rule 56 granting Defendants summary judgment dismissing Plaintiff's Complaint; (b) denying the motion for summary judgment filed by Plaintiff and; (c) such other and further relief as this Court deems just and proper.

Dated:    Elmsford, New York
           April 16, 2015

                                      Yours, etc.,
                                      **KNUCKLES, KOMOSINSKI & ELLIOTT, LLP**

                                      By: /s/ Jordan J. Manfro
                                      JORDAN J. MANFRO, ESQ. (JM-4291)
                                      Attorneys for Defendants
                                      565 Taxter Road, Suite 590
                                      Elmsford, New York 10523
                                      Telephone: (914) 345-3020
                                      Facsimile: (914) 992-9154
                                      JJM@kkelaw.com

To:

Maynard Munroe
Plaintiff Pro Se
216-22 Jamaica Avenue
Queens Village, NY 11428