

565 Taxter Road, Suite 590, Elmsford, NY 10523
Tel: 914.345.3020 • Fax: 914.366.0080
www.kkselaw.com

Syracuse Office:
The Galleries of Syracuse
441 South Salina Street
Syracuse, NY 13202

Email: JJM@kkelaw.com

May 18, 2015

**VIA ECF FILING**
**& FEDERAL EXPRESS**
Hon. Margo K. Brodie
United District Court- Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Maynard Munroe v. Specialized Loan Servicing, LLC., et al*
     Case No. 14-cv-1883

Dear Judge Brodie,

  This office represents Specialized Loan Servicing LLC ("SLS") and The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-04, Mortgage Pass-Through Certificates, Series 2005-04 ("BNY") the defendants in the above referenced action ("Defendants").

  It is Defendants' position that Plaintiff's Motion for Summary Judgment as well as Defendants' Cross-Motion for Summary Judgment pursuant to Fed. R. Civ. P. Rule 56, have been fully briefed in compliance with the Court Ordered Briefing schedule. As such, please find enclosed two courtesy copies of:

- Defendants' Notice of Motion, Declaration in Support with Exhibits and Memorandum of Law, each dated April 16, 2015 which were filed in support of Defendants' Cross-Motion;
- Defendants' Reply Brief (mislabeled as a Declaration in Reply) dated May 7, 2015.

  Defendants respectfully request that oral argument be scheduled on the pending motions and ultimately that Defendants' Motion for Summary Judgment be granted. Thank you for your consideration.

               Respectfully submitted,
               /s/
               Jordan J. Manfro

cc: Honorable Lois Bloom, *Magistrate Judge* (via federal express)
   Maynard Munroe, *Plaintiff Pro Se* (via regular mail)